MORDECAI JOHNS, *et al.*, v. HASTINGS & SAXTON.

AT the March Term, 1878, of the Doniphan district court, *Hastings & Saxton*, as plaintiffs, had judgment against *Johns*, as principal, and *Frank M. Tracy*, and *E. D. Shumate*, as sureties. The action was brought upon the official bond of said *Johns*, as constable of Centre township in said county. *Johns* and his sureties bring the case here.

*Albert Perry*, for plaintiffs in error.

*W. W. Guthrie*, for defendants in error.

*Per Curiam:* This judgment is affirmed as to plaintiff in error Johns, on the authority of *Dickson v. Randal*, 19 Kas. 212; and reversed as to the other plaintiffs in error, upon the authority of *Monger v. Comm'rs of Harvey Co.*, ante, p. 318.

The costs of this court will be divided between plaintiff in error Johns, and the defendants in error.